# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *                *
SILVERSTONE & DAKE'S CANAL,                           *
INC.,                                                 *
                                                      *
                Plaintiff,                            *
                                                      *   Nos. 15-1253; 15-12538L
        v.                                            *   Filed: September 28, 2018
                                                      *
UNITED STATES,                                        *
                                                      *
                Defendant.                            *
                                                      *
* * * * * * * * * * * * * * * * * * *                *
```

**O R D E R**

     The court is in receipt of the parties' joint stipulation to dismiss certain above-captioned plaintiffs' claims in the case of <u>Flying S. Land Co., et al. v. United States</u>, Case No. 15-1253L. The claims associated with Parcel Numbers 074-056-24-0-20-01-002.00-0, 074-056-24-0-20-02-001.00-0, 260014100, 360004300, and 380012500 of the above-captioned plaintiff are, hereby, **SEVERED** from the case of <u>Flying S. Land Co., et al. v. United States</u>, Case No. 15-1253L, and shall be reorganized, for case management purposes, into the above-captioned case, <u>Silverstone & Dake's Canal, Inc. v. United States</u>, and assigned Case No. 15-12538L. The court **DISMISSES WITHOUT PREJUDICE** the following property claims of Silverstone & Dake's Canal, Inc.: Parcel Numbers 074-056-24-0-20-01-002.00-0, 074-056-24-0-20-02-001.00-0, 260014100, 360004300, and 380012500. The dismissal of the above claims of the plaintiff herein shall not affect this court's jurisdiction over the remaining plaintiffs and properties in the case of <u>Flying S. Land Co., et al. v. United States</u>, Case No. 15-1253L.

     **IT IS SO ORDERED**.

                                                               s/Marian Blank Horn
                                              **MARIAN BLANK HORN**
                                                  **Judge**