# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
SILVERSTONE & DAKE'S CANAL,           *
INC.,                                 *
                                      *
              Plaintiff,              *
                                      *   No. 15-12538L
       v.                             *   Filed: April 27, 2021
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

**O R D E R**

    The court is in receipt of the April 22, 2021 "Notice of Certain Plaintiffs' Acceptance of the United States' Offer of Judgment." Plaintiff's claims are included in the Notice. The Notice requests that the court direct the entry of judgment for the claims of Silverstone & Dake's Canal, Inc. in the amount of $176.43. The Clerk of the Court shall enter **JUDGMENT** in the amount of $176.43 for plaintiff.

    **IT IS SO ORDERED**.

                                        s/Marian Blank Horn
                                  **MARIAN BLANK HORN**
                                            **Judge**